1 GOLDSMITH & HULL/File #CDCS309
A Professional Corporation
2 William I. Goldsmith  (SBN 82183)
Stephen R. Goldsmith ( SBN 291555)
3 16933 Parthenia Street, Suite 110
Northridge, CA 91343
4 Tel.: (818) 990-6600
Fax: (818) 990-6140
5 **govdept1@goldsmithcalaw.com**

6 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:18-cv-08406-WDK-RAO |
|---|---|
| Plaintiff, | ) |
| | ) DEFAULT JUDGMENT |
| v. | ) |
| YOUNG Y. SHIN AKA YOUNG YOL SHIN, | ) |
| Defendant. | ) |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) YOUNG Y. SHIN AKA YOUNG YOL SHIN,  on **NOVEMBER 1,2018**   for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of  F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) YOUNG Y. SHIN AKA YOUNG YOL SHIN, the sum of $12,813.53 principal, $17,654.11 accrued pre-judgment interest from APRIL 26,2010 to November 6, 2018, interest was calculated at the rate of 3.43%, accruing at $0..80 for claim one and rate of 3.43%, accruing at $0..38 for claim two per day to date of

//
//
//

1 | entry of judgment; $0.00 penalties/administrative charges, $475.50 court cost, plus
2 | $2,207.66 attorneys fees, less credits of $0.00, for a total of $33,150.80. Judgment to
3 | accrue interest at the legal rate until paid.
4 |
5 | DATE: 11/7/2018            KIRY K. GRAY, CLERK OF THE COURT
                               U.S. District Court Central District of California
6 |
7 |
8 |
9 |
10|                     BY *Sharon Hall Brown* (signature)
                            DEPUTY CLERK
11|
12|
13|
14|
15|
16|
17|
18|
19|
20|
21|
22|
23|
24|
25|
26|
27| :P549F
28|